ORTHO–McNEIL PHARMACEUTI-CAL, INC. and Johnson & Johnson Pharmaceutical Research & Development, LLC, Plaintiffs–Cross Appellants,

and

Daiichi Pharmaceutical Co., Ltd., Plaintiff–Cross Appellant,

v.

TEVA PHARMACEUTICALS USA, INC., Hi–Tech Pharmacal Co., Inc., Sicor Pharmaceuticals, Inc., Sicor, Inc., and American Pharmaceutical Partners, Inc., Defendants–Appellants.

Nos. 2006–1361, 2006–1392.

United States Court of Appeals, Federal Circuit.

June 27, 2006.

ON MOTION

*ORDER*

The parties move jointly to dismiss their appeals of the March 17, 2006 order of the United States District Court for the District of New Jersey in *Ortho–McNeil Pharmaceutical, Inc. v. Teva Pharmaceuticals, USA, Inc.*, No. 02–CV–2794, 2006 WL 755995 et al.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The joint motion to dismiss the appeals is granted.*

(2) All sides shall bear their own costs.

---

* We note that the parties request that this dismissal be with prejudice; however, it is not the practice of this court to dismiss with or without prejudice. Furthermore, the parties ask that the court dismiss and remand. However, the court cannot both dismiss and remand.